Michael J. Horan v. Rose Meade.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin P. J., McAvoy, O'Malley and Cohn, JJ.

Edward W. Harris v. Richard Edwards, as Treasurer of Motion Picture Machine Operators Union, Local No. 650, Westchester County, New York, of the International Alliance Theatrical Stage Operators of the United States and Canada, a Voluntary Association of More than Seven Persons.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of Elizabeth Costa v. William Costa.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

George S. Van Schaick, Superintendent of Insurance of the State of New York, as Rehabilitator of Lawyers Mortgage Company, v. The Manhattan Savings Institution.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

Pauline Lipiec v. Fifth Avenue Bank of New York and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Union Silk Mills, Inc., to Confirm an Award in Arbitration against Jacob Bernstein and Another. In the Matter of the Application of Jacob Bernstein and Another to Vacate an Award in Arbitration in Favor of Union Silk Mills, Inc.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present —Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Bath Iron Works Corporation v. James A. Moffett.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Judicial Settlement of the Account of Proceedings of the City Bank Farmers Trust Company as Executor of and Trustee under the Last Will and Testament of John P. Gilford, Deceased.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

Walter A. Rukeyser v. Nathan Newman and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument and for a stay denied, with ten dollars costs. Present — Martin, P. J., McAvoy, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of Isaac Rauch.— Motion denied without prejudice to renewal after compliance with section 88 of the Judiciary Law. Present — Martin, P. J., McAvoy, O'Malley, Untermyer and Cohn, JJ.

In the Matter of Harold H. Fallick, an Attorney.— Order modified as stated in order. [See ante, p. 176.] Present — Martin. P. J., McAvoy, O'Malley, Townley and Glennon, JJ.